# EXHIBIT 15

**BURRIS & SCHOENBERG, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

12121 WILSHIRE BOULEVARD, SUITE 800
LOS ANGELES, CALIFORNIA 90025-1168
TELEPHONE: (310) 442-5559
FACSIMILE: (310) 442-0353
Internet: http://www.bslaw.net

Client No. 2828.003

April 18, 2006

**Via Facsimile and Certified Mail, Return Receipt Requested**
Ms. Linda Lizotte, President
Corporate Offices
Designs for Health
2 North Road
East Windsor, CT 06088

Re: **Hendrix Patents to Migraine Compositions and Treatments & Your Product: Feverfew Synergy & Migranol**

Dear Ms. Lizotte:

Our office serves as counsel to Curt Hendrix, the owner and licensor of U.S. Patent Numbers 6,068,999 (issued on May 30, 2000) and 6,500,450 (issued on March 31, 2002.), copies of which are attached. The patents are directed to a dietary supplement for supporting cerebrovascular tone and treating migraine headaches and compositions for treating migraine headaches. We have been advised by Mr. Hendrix that your company is producing a competing product marketed as both Feverfew Synergy and Migranol.

Mr. Hendrix is willing to assume, solely for purposes of resolution, that the similarity between the Feverfew Synergy and Migranol product and the compositions of the patent are accidental and unintentional and that you and your associates will act in good faith now that you have been provided with specific knowledge of the Hendrix patents. Please immediately provide assurances that you will cease manufacture and/or distribution of the current product labeled as Feverfew Synergy and Migranol, remove the inventory of the current product labeled as Feverfew Synergy and Migranol from any stores in which you have placed the product, destroy all inventory and returned product labeled as Feverfew Synergy and Migranol and provide our office with written confirmation of your specific actions in these regards by the close of business on May 1, 2006.

I am hopeful that this matter will be quickly resolved and that you will comply with our request. While I believe that the points made in this letter are self-explanatory, and that you will be able to understand our position based on your knowledge of your company's product and your review of the Hendrix patents, I will remain available to discuss any of these points with you or your designated counsel.

**CONFIDENTIAL**

AHS000626



Δπ EXHIBIT 15
Deponent C. Hendrix
Date 1/4/18 Rptr. 13067
WWW.DEPOBOOK.COM

April 18, 2006
Page 2 of 2

    We anticipate and appreciate your immediate consideration with regard to the patent matters described above.

                         Very truly yours,

                         Donald S. Burris

cc: Curt Hendrix, CEO (via e-mail)

**CONFIDENTIAL**

**AHS000627**

FROM :                                    FAX NO. : 5306186730                May. 08 2006 12:00AM  P1





**BURRIS & SCHOENBERG, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

12121 WILSHIRE BOULEVARD, SUITE 800
LOS ANGELES, CALIFORNIA 90025-1168
TELEPHONE: (310) 442-5559
FACSIMILE: (310) 442-0353
Internet: http://www.bslaw.net

Client No. 2828.003

April 18, 2006

**Via Facsimile and Certified Mail, Return Receipt Requested**
Ms. Linda Lizotte, President
Corporate Offices
Designs for Health
2 North Road
East Windsor, CT 06088

Re: **Hendrix Patents to Migraine Compositions and Treatments & Your Product: Feverfew Synergy & Migranol**

Dear Ms. Lizotte:

Our office serves as counsel to Curt Hendrix, the owner and licensor of U.S. Patent Numbers 6,068,999 (issued on May 30, 2000) and 6,500,450 (issued on March 31, 2002.), copies of which are attached. The patents are directed to a dietary supplement for supporting cerebrovascular tone and treating migraine headaches and compositions for treating migraine headaches. We have been advised by Mr. Hendrix that your company is producing a competing product marketed as both Feverfew Synergy and Migranol.

Mr. Hendrix is willing to assume, solely for purposes of resolution, that the similarity between the Feverfew Synergy and Migranol product and the compositions of the patent are accidental and unintentional and that you and your associates will act in good faith now that you have been provided with specific knowledge of the Hendrix patents. Please immediately provide assurances that you will cease manufacture and/or distribution of the current product labeled as Feverfew Synergy and Migranol, remove the inventory of the current product labeled as Feverfew Synergy and Migranol from any stores in which you have placed the product, destroy all inventory and returned product labeled as Feverfew Synergy and Migranol and provide our office with written confirmation of your specific actions in these regards by the close of business on May 1, 2006.

I am hopeful that this matter will be quickly resolved and that you will comply with our request. While I believe that the points made in this letter are self-explanatory, and that you will be able to understand our position based on your knowledge of your company's product and your review of the Hendrix patents, I will remain available to discuss any of these points with you or your designated counsel.

April 18, 2006
Page 2 of 2

    We anticipate and appreciate your immediate consideration with regard to the patent matters described above.

                         Very truly yours,

                         *Don Burris*

                         Donald S. Burris

cc:  Curt Hendrix, CEO (via e-mail)