

FILED
CLERK, U.S. DISTRICT COURT
May 2, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

AKESO HEALTH SCIENCES, LLC,

    Plaintiff,

v.

DESIGNS FOR HEALTH, INC.,

    Defendant.

_____

AND RELATED COUNTERCLAIMS

Case No. 2:16-cv-07749 SJO (PJWx)

Hon. S. James Otero

**JUDGMENT IN FAVOR OF DEFENDANT DESIGNS FOR HEALTH, INC.**

Having considered the Motion for Summary Judgment of Defendant Designs for Health, Inc. (ECF No. 58), and all the papers filed in support thereof, and all papers in opposition thereto filed by Plaintiff Akeso Health Sciences, LLC, the Court finding Defendant's motion suitable for disposition without oral argument, IT IS HEREBY ORDERED THAT Defendant Designs for Health, Inc.'s Motion for Summary Judgment is GRANTED in accordance with the opinion issued by the Court on April 26, 2018 (ECF No. 88).

**IT IS HEREBY ADJUDGED THAT**

Final judgment is entered in favor of Designs for Health, Inc., and against Akeso Health Sciences, LLC, on all claims asserted by Akeso Health Sciences, LLC.

Designs for Health, Inc.'s affirmative defense of equitable estoppel is found to be applicable from the evidence presented and relief on all claims asserted by Plaintiff Akeso Health Sciences, LLC is therefore barred. [*Aukerman Co. v. R.L. Chaides Construction Co.*, 960 F.2d 1020, 1041 (Fed. Cir. 1992)].

All claims asserted by Plaintiff Akeso Health Sciences, LLC are DISMISSED WITH PREJUDICE.

Designs for Health, Inc.'s counterclaims are DISMISSED WITHOUT PREJUDICE.

Designs for Health, Inc. is the prevailing party in this action.

Designs for Health, Inc. may bring a motion for exceptional case determination and an award of attorneys' fees under 35 U.S.C. § 285 within fourteen (14) days of entry of this judgment. The Court will consider the motion in phases. The parties shall first brief the issue of Designs for Health, Inc.'s entitlement to attorneys' fees. Should the Court determine that an award of fees to Designs for Health Inc. is appropriate, the parties shall then submit briefing on the amount of such fees.

**IT IS SO ORDERED.**

Dated: May 2, 2018

_____
Honorable S. James Otero
United States District Judge