Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone:       (949) 760-0404
Facsimile:   (949) 760-9502

Peter W. Peterson (*pro hac vice*)
David R. Pegnataro (*pro hac vice*)
delpet@delpet.com
DeLIO, PETERSON & CURCIO, LLC
700 State Street, Suite 402
New Haven, Connecticut 06511
Phone:       (203) 787-0595
Facsimile:   (203) 787-5818

Attorneys for Defendant
DESIGNS FOR HEALTH, INC.

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| AKESO HEALTH SCIENCES, LLC, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>DESIGNS FOR HEALTH, INC., <br><br>　　　　Defendant. <br> _____ | Case No. 2:16-cv-07749 SJO (PJWx) <br><br> Hon. S. James Otero <br><br> **NOTICE OF MOTION AND MOTION FOR EXCEPTIONAL CASE DETERMINATION AND AWARD OF ATTORNEYS' FEES** <br><br> Hearing <br> Date:　　June 25, 2018 <br> Time:　　10:00 a.m. <br> Ctrm:　　10C |

-1-

PLEASE TAKE NOTICE THAT on June 25, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable S. James Otero, Courtroom 10C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Designs for Health, Inc. ("DFH") will and hereby does move for an order determining this case to be exceptional under 35 U.S.C. § 285 and warranting an award of DFH's attorneys' fees against Plaintiff Akeso Health Sciences, LLC in an amount to be determined or agreed upon following the resolution of this motion.

This motion is made following the Local Rule 7-3 conference of counsel on May 8, 2018. The parties discussed in detail the basis for the intended motion, but could not reach agreement.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Peter W. Peterson, including the exhibits attached thereto, all filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged for the Court's consideration.

|     |     |
| --- | --- |
|     | Respectfully submitted,<br>**DeLIO, PETERSON & CURCIO, LLC** |
| Dated:  May 16, 2018 | By:  _/s/Peter W. Peterson_____<br>     Peter W. Peterson |
|     | Attorneys for Defendant<br>**DESIGNS FOR HEALTH, INC** |

Douglas G. Muehlhauser
(SBN 179495)
doug.muehlhauser@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th FL.
Irvine, CA  92614
Tel.  (949) 760-0404
Fax  (949) 760-9502

Peter W. Peterson
David R. Pegnataro
delpet@delpet.com
DeLIO, PETERSON & CURCIO, LLC
700 State Street, Suite 402
New Haven, Connecticut 06511
Tel (203) 787-0595
Fax  (203) 787-5818

DFHB901_notice_MAF.docx

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in New Haven County, Connecticut. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 700 State Street, New Haven, Connecticut 06511. On May 16, 2018, I served a copy of the within document(s):

**NOTICE OF MOTION AND MOTION FOR EXCEPTIONAL CASE DETERMINATION AND AWARD OF ATTORNEYS' FEES**

(BY MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at New Haven, Connecticut addressed as set forth below, and

(BY E-MAIL) by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

> Shawn G. Hansen (SBN 197033)
> shansen@nixonpeabody.com
> NIXON PEABODY LLP
> 300 S. Grand Avenue, Suite 4100
> Los Angeles, CA 90071-3151

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2018, at New Haven, Connecticut.

_____
Barbara Colon